# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | Case No. 1:23-cr-19 |
| v. | ) ) | Judge Travis R. McDonough |
| JAMAL GOODMAN | ) ) ) ) | Magistrate Judge Christopher H. Steger |

## ORDER

On August 28, 2024, United States Magistrate Judge Christopher H. Steger filed his Report and Recommendation (Doc. 38) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Steger recommended that the Court deny Mr. Goodman's motion to suppress evidence obtained by Officer John Perry during a traffic stop (Doc. 28).

Mr. Goodman has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Steger's well-reasoned conclusions.

Accordingly, the motion to suppress (Doc. 28) is hereby **DENIED**.

---

[1] Magistrate Judge Steger specifically advised Mr. Goodman that he had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 38); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**